FILED
FEBRUARY 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01058  Document 4  Filed 02/20/2008  Page 1 of 1

08 C 1058

JUDGE DARRAH
MAGISTRATE JUDGE KEYS

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                Case Number:

Joe Huff and Hazel Jones
Plaintiffs
v.
Officer Cody Hill #12253
Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Joe Huff and Hazel Jones

| | |
|---|---|
| NAME (Type or print) | |
| Erica Faaborg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Erica Faaborg | |
| FIRM | |
| Law Offices of Blake Horwitz | |
| STREET ADDRESS | |
| 155 N. Michigan Ave., Suite 723 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6291537 | (312) 616-4433 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐