## United States District Court for the Northern District of Illinois

Case Number: 08CV1058              Assigned/Issued By: J. N.

Judge Name: DARRAH               Designated Magistrate Judge: KEYS

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2552723

Date Payment Rec'd: 2-20-08                Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

4 Original and 0 copies on 2-21-08 as to ALL DEFENDANTS
                         (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05