IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOE HUFF and HAZEL JONES, | ) | |
| | ) | No. 08 C 1058 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DARRAH |
| | ) | |
| OFFICER CODY HILL #12253, OFFICER MILLAUN BROWN #15672, OFFICER JULIETTE SCOTT #11193, and the CITY OF CHICAGO, | ) ) ) ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT AT LAW**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to May 16, 2008 to answer or otherwise plead in response to plaintiffs' complaint. In support of this motion, the City states the following:

1. Plaintiffs filed their Complaint at Law on or about February 22, 2008. The City was served with plaintiffs' Complaint at Law on or about February 22, 2008.

2. Undersigned counsel for the City was assigned to this case on or about April 15, 2008, the first opportunity that undersigned counsel had to review plaintiffs' Complaint at Law.

3. Undersigned counsel is in the process of reviewing plaintiffs' Complaint at Law and gathering documents responsive to the Complaint at Law

4. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow the City to respond properly to the allegations in plaintiffs' Complaint at Law.

5.   Undersigned counsel spoke with one of plaintiffs' attorneys, Erica Faaborg, by telephone on April 16, 2008. Ms. Faaborg said that she has no objection to the City's request for an extension of time to answer or otherwise plead.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to May 16, 2008 to answer or otherwise plead in response to plaintiffs' Complaint at Law; and for any other relief that this Honorable Court deems proper.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

BY:   /s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (Phone)
(312) 744-3989 (Fax)
Atty. No. 06282455

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint at Law** to be served upon Blake Horwitz at bhorwitz@hrbattorneys.com, via electronic mail, on this 18th day of April, 2008.

/s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel