IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOE HUFF and HAZEL JONES, | ) | |
| | ) | No. 08 C 1058 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DARRAH |
| | ) | |
| OFFICER CODY HILL #12253, OFFICER MILLAUN BROWN #15672, OFFICER JULIETTE SCOTT #11193, and the CITY OF CHICAGO, | ) ) ) ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Blake Horwitz
     Horwitz, Richardson & Baker, LLC
     20 South Clark Street
     Suite 500
     Chicago, Illinois  60603
     bhorwitz@hrbattorneys.com

    **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendant City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Complaint at Law**, a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Darrah, or before such other Judge sitting in his stead, on the 24th day of April, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

    **DATED** at Chicago, Illinois this 18th day of April, 2008.

                                          Respectfully submitted,

                                            MARA S. GEORGES
                                            Corporation Counsel
                                            City of Chicago

By:    /s/ Thomas J. Aumann
           THOMAS J. AUMANN
           Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566
Atty. No. 06282455