## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1058 | **DATE** | 4/21/08 |
| **CASE TITLE** | Huff, et al. v. Hill, et al. | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for extension of time [14, 15] is granted. Defendant has until 5/16/08 to answer or otherwise plead. Status hearing set for 5/20/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|