UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 08 C 1058 |
|---|---|
| JOE HUFF, et al., Plaintiffs | Hon. Judge DARRAH |
| v. | |
| CITY OF CHICAGO, et al, Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Millaun Brown, Courtney Hill and Juliette Scott

| SIGNATURE | /s/ *Alec M. McAusland* |
|---|---|
| FIRM | City of Chicago, Corporation Counsel |
| STREET ADDRESS | 30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06202724 | 312 744-4038 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES X    NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES X    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES X    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐