### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOE HUFF and HAZEL JONES, | ) | |
| | ) | No.   08 C 1058 |
| Plaintiffs, | ) | |
| | ) | JUDGE DARRAH |
| v. | ) | |
| | ) | Magistrate Judge Keys |
| OFFICER CODY HILL #12253, OFFICER MILLAUN BROWN #15672, OFFICER JULIETTE SCOTT #11193, and the CITY OF CHICAGO, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To:   Blake Horwitz
      Horwitz Richardson & Baker, LLC
      20 South Clark Street, Ste. 500
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on this 15th day of May 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND** a copy of which is herewith served upon you.

                                        **Respectfully submitted,**

                                        /s/ Kathleen D. Manion
                                        KATHLEEN D. MANION
                                        Assistant Corporation Counsel

30 N. LaSalle, Ste. 1020
Chicago, Illinois  60602
(312) 742-9866
Atty. No. 06286785