# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1058 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Joe Huff, et. al. vs. Cody Hill, et. al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Rule 26(a)(1) disclosures to be exchanged by 6/10/08. Discovery ordered closed on 10/31/08. Pretrial conference set for 3/12/09 at 1:30 p.m. Jury trial set for 3/16/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|