# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1058 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Joe Huff, Hazel Jones vs. Officer Cody Hill, et. al. | | |

**DOCKET ENTRY TEXT**

Parties having filed a stipulation to dismiss, this case is dismissed with prejudice and without costs. Civil Case terminated. Enter Agreed Order of Dismissal. Pretrial conference set for 3/12/09 and jury trial set for 3/16/09 is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|