IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 5 2008
Aug 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JOE HUFF and HAZEL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 1058 |
| ) | |
| OFFICER CODY HILL #12253, OFFICER ) | JUDGE DARRAH |
| MILLAUN BROWN #15672, OFFICER ) | |
| JULIETTE SCOTT #11193, and the CITY OF ) | Magistrate Judge Keys |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Erica Faaborg
Attorney for plaintiffs,
Joe Huff and Hazel Jones
Horwitz, Richardson & Baker, LLC
20 South Clark Street, Suite 500
Chicago, Illinois 60603
(312) 676-2100
Attorney No. 6291537
DATE: 7/24/08

Alec McAusland
Senior Counsel
Attorney for defendants,
Cody Hill, Millaun Brown and Juliette Scott
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4038
Attorney No. 06202724
DATE: 7/30/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: Thomas J. Aumann
Thomas J. Aumann
Assistant Corporation Counsel
Attorney for defendant City of Chicago
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-1566
Attorney No. 06282455
DATE: 7/31/08

08 C 1058