

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOE HUFF and HAZEL JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 C 1058 |
| ) | |
| OFFICER CODY HILL #12253, OFFICER ) | JUDGE DARRAH |
| MILLAUN BROWN #15672, OFFICER ) | |
| JULIETTE SCOTT #11193, and the CITY OF ) | Magistrate Judge Keys |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiffs, Joe Huff and Hazel Jones, by one of their attorneys, Erica Faaborg, and defendants, Cody Hill, Millaun Brown and Juliette Scott, by one of their attorneys, Alec McAusland, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiffs, Joe Huff and Hazel Jones, against defendants, City of Chicago, Cody Hill, Millaun Brown and Juliette Scott, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Thomas J. Aumann
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
(312) 744-1566
Attorney No. 06282455

ENTER: _____
The Honorable John W. Darrah
United States District Judge

DATED: 8-5-08